■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MICHAEL GIBBS, Appellant. [711 NYS2d 720] —Judgment, Supreme Court, New York County (Harold Beeler, J., on dismissal motion; Bruce Allen, J., at jury trial and sentence), rendered March 18, 1998, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's motion to dismiss the indictment was properly denied. This was not the "rare case" (*see, People v Huston*, 88 NY2d 400, 410; *People v Darby*, 75 NY2d 449, 454-455) where alleged errors in the Grand Jury presentation would rise to the level of impairment of the integrity of the Grand Jury process and create the risk of prejudice. Concur—Ellerin, J. P., Rubin, Saxe and Buckley, JJ.

■ ZIPPORAH FEDER et al., Respondents-Appellants, v STATEN ISLAND UNIVERSITY HOSPITAL et al., Appellants-Respondents. [711 NYS2d 719] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered December 8, 1999, unanimously affirmed for the reasons stated by Cohen, J., without costs or disbursements. Motion seeking leave to file as *amicus curiae* denied.

No opinion. Concur—Ellerin, J. P., Rubin, Saxe and Buckley, JJ.